# In the United States District Court
## For the Southern District of Georgia
## Waycross Division

ALVIN GAMAR STANLEY,      *
     *
        Plaintiff,      *         CIVIL ACTION NO.: 5:22-cv-33
     *
      v.      *
     *
WARDEN DANFORTH, et al.,      *
     *
        Defendants.      *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Reports and Recommendations.  Dkt. Nos. 18, 19.  Plaintiff did not file Objections to either of these Reports and Recommendations.

Thus, the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations as the opinions of the Court.  The Court **DENIES** Plaintiff's Motion for Preliminary Injunction.  The Court also **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis*

status on appeal.

   **SO ORDERED**, this ___26___ day of ___April___, 2023.


                          _____
                          HON. LISA GODBEY WOOD, JUDGE
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)